IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR JAMES GRIFFIN JR., | |
| Petitioner, | 8:20CV389 |
| vs. | |
| MICHAEL MYERS, | **MEMORANDUM AND ORDER** |
| Respondent. | |

This matter comes on for review pursuant to 28 U.S.C. § 2241. (The Clerk improperly docketed this case as a § 2254 matter.) The Petitioner is a pretrial detainee. The only relief he seeks is the award of damages. Section 2241 does not provide that avenue for relief. Accordingly,

IT IS ORDERED that the Petition for Writ of Habeas Corpus (Filing 1) is denied and dismissed without prejudice.

Dated this 16th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge